UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JILL CARUSO, Individually | : : : |
| Plaintiffs, | : Case No. 1:13-cv-1318 |
| v. | : : : |
| Circle Centre Mall LLC, A Delaware limited liability company. | : : : |
| Defendant. | |

# NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jill Caruso, ("Plaintiff"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), files this Notice of Dismissal without Prejudice against Ames Development Company, Inc.

/s/ Pete M. Monismith
Pete M. Monismith, Esq.
Pete M. Monismith, P.C.
Admitted Pro Hac Vice
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
pete@monismithlaw.com
**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2013, the foregoing document has been served via the Court's electronic filing system upon all parties of record.

/s/ Pete Monismith