UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JILL CARUSO, Individually | : : : : |
| Plaintiffs, | : Case No. 1:13-cv-1318 : |
| v. | : : : |
| Circle Centre Mall LLC, A Delaware limited liability company. | : : : |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Bonnie Kramer, ("Plaintiff") and Defendant, Circle Centre Mall, LLC. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal without prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed without prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to between the parties.

By: _/s/ Pete M. Monismith___       By: _/s/ Donald D. Levenhagen_____

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>Admitted Pro Hac Vice<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorneys for Plaintiff** | Donald D. Levenhagen, Esq.<br>Indiana Bar No. 10327-49<br>1150 Market Square Center<br>151 North Delaware Street<br>P.O. Box 44953<br>Indianapolis, IN 46244<br>Telephone: 317-236-1040<br>Facsimile: 317-236-1049<br>Email: dlevenhagen@landmanbeatty.com<br>**Attorneys for Defendant** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this February 3, 2014, the foregoing document has been served via the Court's electronic filing system upon all parties of record.

                                                  /s/ Pete Monismith
                                                  Pete Monismith