UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JILL CARUSO,<br>Individually<br><br>       Plaintiffs,<br><br>v.<br><br>Circle Centre Mall LLC,<br>A Delaware limited liability company.<br><br>       Defendant.<br>_____/ | Case No. 1:13-cv-1318 |

## JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

Plaintiff Jill Caruso, ("Plaintiff") and Defendant, Circle Centre Mall, LLC. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to between the parties.

| By: _/s/ Pete M. Monismith___ | By: _/s/ Donald D. Levenhagen_____ |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>Admitted Pro Hac Vice<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorneys for Plaintiff** | Donald D. Levenhagen, Esq.<br>Indiana Bar No. 10327-49<br>1150 Market Square Center<br>151 North Delaware Street<br>P.O. Box 44953<br>Indianapolis, IN 46244<br>Telephone: 317-236-1040<br>Facsimile: 317-236-1049<br>Email: dlevenhagen@landmanbeatty.com<br>**Attorneys for Defendant** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this January 5, 2015, the foregoing document has been served via the Court's electronic filing system upon all parties of record.

                                                   /s/ Pete Monismith
                                                 Pete Monismith