UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

|                                                        |   |                        |
|--------------------------------------------------------|---|------------------------|
| JILL CARUSO,<br>Individually                           | : |                        |
| Plaintiffs,                                            | : | 1:13-cv-1318-SEB-MJD   |
| v.                                                     | : |                        |
| Circle Centre Mall LLC,<br>A Delaware limited liability company. | : |              |
| Defendant.                                             | : |                        |

**ORDER**

THIS CAUSE came before the Court on the Joint Stipulation of Dismissal, and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1) The above-styled cause be and the same is hereby DISMISSED WITH prejudice;

2) The parties bear their own respective attorneys' fees and costs; and

3) To the extent not otherwise disposed herein, all pending motions are hereby denied or moot and the case is closed.

SO ORDERED.

1/7/2015

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution: All ECF counsel of records